*11735*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

**NAVISION SHIPPING COMPANY A/S,**

Plaintiff,

**Case No.**  07 CIV 9905

JUDGE McMAHON

- against -

**NOTICE PURSUANT
FED. R. CIV. P. 7.1**

**OSL STEAM-SHIP CORP.,**

Defendant.

-------------------------------------------------------x

Pursuant to the Fed. R. Civ. P. 7.1(a), Plaintiff, **NAVISION SHIPPING**

**COMPANY A/S**, hereby states that it is not a parent, subsidiary or affiliate of a publicly

traded corporation.

Pursuant to the Fed. R. Civ. P. 7.1(b)(2), a supplemental statement shall be filed

promptly upon any change in the above information.

Dated in the City of New York on November 8, 2007

Respectfully submitted,

JUNGE & MELE, LLP
*Attorneys for Plaintiff*

/S/ PETER A. JUNGE

_____
Peter A. Junge (PJ-0745)
29 Broadway
New York, NY 10006
(212) 269-0061

*11735 Rule 7.1 Notice.wpd*