*11735*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

**NAVISION SHIPPING COMPANY A/S,**

                          Plaintiff,

- against -

**OSL STEAM-SHIP CORP.,**

                          Defendant.
-----------------------------------------------------------x

Case No.  07 CIV 9905
(Judge McMahon)

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
FED. R. CIV. P. 41 (a)

**PLEASE TAKE NOTICE** that there being no appearance or answer by Defendant, Plaintiff hereby voluntarily dismisses this action, without prejudice, and without costs or disbursements to any of the parties herein.

Dated in the City of New York on November 30, 2007

                          Respectfully submitted,

                          JUNGE & MELE, LLP
                          *Attorneys for Plaintiff*

By:      _____
           Peter A. Junge (PJ-0745)

*11735 Notice of Voluntary Dismissal.wpd*