11735

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
NAVISION SHIPPING COMPANY A/S,

                     Plaintiff,

- against -

OSL STEAM-SHIP CORP.,

                     Defendant.
--------------------------------------------------------x

Case No. 07 CIV 9905
(Judge McMahon)

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
FED. R. CIV. P. 41 (a)

PLEASE TAKE NOTICE that there being no appearance or answer by Defendant, Plaintiff hereby voluntarily dismisses this action, without prejudice, and without costs or disbursements to any of the parties herein.

Dated in the City of New York on November 30, 2007

                     Respectfully submitted,

                     JUNGE & MELE, LLP
                     *Attorneys for Plaintiff*

By: _____
      Peter A. Junge (PJ-0745)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

So Ordered,

[signature]

March 25th, 2008

11735 Notice of Voluntary Dismissal.wpd